**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**WILFRED RIVERA COLON**
**aka WILFREDO RIVERA COLON**
**LAURA ROSA SANTIAGO BARBOSA**
**aka LAURA R SANTIAGO BARBOSA, aka LAURA R SANTIAGO DE RIVERA**

xxx–xx–3071
xxx–xx–0859

Debtor(s)

Case No. **13–07692 ESL**

Chapter **13**

FILED & ENTERED ON 11/18/16

***ORDER***

Upon debtor's (s') reply (see docket entry #40), the motion to dismiss filed by the Chapter 13 trustee (docket entry #39) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, November 18, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge