**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**WILFRED RIVERA COLON**<br>**aka WILFREDO RIVERA COLON**<br>**LAURA ROSA SANTIAGO BARBOSA**<br>**aka LAURA R SANTIAGO BARBOSA, aka LAURA R SANTIAGO DE RIVERA**<br><br>xxx–xx–3071<br>xxx–xx–0859<br><br>Debtor(s) | Case No. **13–07692 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/30/17 |

*NOTICE OF NON–PAYMENT OF FEE*

Pursuant to P.R. LBR 5080–1 (b), the document filed by you on 11/29/2017, requires a prescribed fee that must be paid in advance of the service to be performed by the Clerk's Office. Failure to pay may result on the revocation of your password, pursuant to P.R. LBR 5005–4 (C)(iv)(4).

☐ Motion or Notice to convert a case.
☐ Amended Schedule(s) D, E or F, list of creditors or mailing list.
☐ Motion to Reopen Case.
☐ Notice or Application removing an adversary proceeding.
☐ Motions to terminate, annul, modify or conditions to automatic stay.
☐ Motion to compel abandonment.
☐ Motion to withdraw the reference of a case or proceeding.
☑ Other: TRANSFER OF CLAIM

In San Juan, Puerto Rico, this Thursday, November 30, 2017 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge