IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILFRED RIVERA COLON
LAURA ROSA SANTIAGO BARBOSA

DEBTORS

CASE NO 13-07692/ESL

CHAPTER 13

### DEBTORS' REPLY TO *TRUSTEE'S MOTION TO DISMISS* DOCKET NO. 59

TO THE HONORABLE COURT:

**COMES NOW, WILFRED RIVERA COLON and LAURA ROSA SANTIAGO BARBOSA,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

**1.** The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, dated February 15, 2018, Docket No. 59, in the above captioned case.

**2.** The Debtors hereby reply to the Trustee's *Motion to Dismiss*, Docket No. 59, stating that on March 7, 2018, the Debtors paid the Trustee the sum $780.00, money order no. 24720186835, to cure the Plan arrears stated by the Trustee in this motion to dismiss, in the present Chapter 13 case.

**WHEREFORE** the Debtors respectfully pray that the Chapter 13 Trustee's motion to dismiss for failure to make current Plan payments, Docket No. 59, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: Debtors, Wilfred Rivera Colón and Laura Rosa Santiago Barbosa, RR1 Box 3269, Cidra, PR 00739, in the above captioned case.

Page – 2-
Debtors' Reply to Trustee's Motion to Dismiss
Case no. 13-07692/ESL13

      **RESPECFULLY SUBMITTED.** In San Juan, Puerto Rico, this 9th day of March, 2018.

                    /s/*Roberto Figueroa Carrasquillo*
                    USDC #203614
                    RFIGUEROA CARRASQUILLO LAW OFFICE PSC
                    PO BOX 186 CAGUAS PR 00726-0816
                    TEL 787-744-7699 FAX 787-746-5294
                    EMAIL: rfigueroa@rfclawpr.com

POSTAL MONEY ORDER

Serial Number: 24720186835

Amount: $180.00

Seven Hundred Eighty Dollars and 00/100

Pay to: José R. Carrión
Chapter 13 Trustee
P.O. Box 902384
San Juan, P.R. 00902

Purchaser: Wilfred Rivera Colón
Laura R. Santiago Barbosa
AR-1 Box 3269
Cidra, P.R. 00739