UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 13-07692-ESL
WILFRED RIVERA COLON
LAURA ROSA SANTIAGO BARBOSA

XXX-XX-3071
XXX-XX-0859                                         CHAPTER 13

            DEBTOR (S)

TRUSTEE'S MOTION TO WITHDRAW
MOTION TO DISMISS (Docket No. 59 )

        NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and
very respectfully alleges and prays:

        1. After due consideration the Trustee hereby inform that he has no further
interest in prosecuting the dismissal of this case and wishes to withdraw, without
prejudice, the motion requesting such remedy.

        WHEREFORE the Trustee respectfully prays that this motion be granted without
prejudice, and that the above referred Motion to Dismiss be deemed withdrawn for
the reasons herein set forth.

CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of
this motion has been served on this same date, to their respective address of
record to:  Debtor(s), to their counsel and to all those parties in interest who
have filed a notice of appearance by First Class Mail if not an ECFS register user.

        In San Juan, Puerto Rico this Wednesday, April 4, 2018.

                                    /s/ Jose R. Carrion

                                    JOSE R. CARRION
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 9023884, Old San Juan Sta.
                                    San Juan, P.R. 00902-3884
                                    Tel (787)977-3535  FAX (787)977-3550